# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1958
LT Case No. 16-2003-CA-011401

_____

HANI N. JADA,

    Appellant,

    v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATIONS,
DIVISION OF ALCOHOLIC
BEVERAGES AND TOBACCO,
DEPARTMENT OF REVENUE,
JOHNNY N. JADA, and JADA
BROS. INC.,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Robert Michael Dees, Judge.

Hani N. Jada, Jacksonville, pro se.

Jessica C. Berger, of Vernis & Bowling of North Florida, P.A.,
Jacksonville, for Appellees.

July 16, 2026

PER CURIAM.

    AFFIRMED.

HARRIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____